# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0699. DOUGLAS GUINN ELKINS, JR. v. THE STATE.

In 2001, Douglas G. Elkins pled guilty to two counts of child molestation and was thus required to register as a sexual offender. See OCGA § 42-1-12 (e) (1). After Elkins subsequently pled guilty to violating the registration requirements, he filed a motion seeking to vacate his allegedly void sentence on the child molestation charges. Specifically, he argued that the portion of his sentence requiring that he register his e-mail address, online identities, and passwords violated the First Amendment. The trial court denied the motion, and Elkins filed a direct appeal in Case No. A12A2015.[1] This Court transferred the case to the Supreme Court, and Elkins subsequently withdrew his notice of appeal. Elkins then filed a second motion to vacate or correct his illegal sentence, in which he challenged the constitutionality of the statute, among other things. The trial court denied the motion, and Elkins filed this direct appeal.[2] We lack jurisdiction.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II. Because

---

[1] Elkins also filed direct appeals in two related cases, which were docketed as Case Numbers A12A2016 and A12A2017.

[2] Elkins also filed direct appeals in two related cases, which have been docketed as A13A0697 and A13A0698.

this case involves a constitutional challenge to a statute, Elkins's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/18/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*